UNITED STATES of America,
Plaintiff-Appellee

v.

Gabriel RENTERIA-BEAR, also known
as Gabriel Renteria-Vear,
Defendant-Appellant

No. 16-41580

United States Court of Appeals,
Fifth Circuit.

Filed August 14, 2017

Jessica Carol Akins, Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Marjorie A. Meyers, Federal Public Defender, Kayla R. Gassmann, Assistant Federal Public Defender, Kathryn Shephard, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant-Appellant

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM: *

Gabriel Renteria-Bear pleaded guilty to being found in the United States after a previous deportation. At sentencing, the district court agreed to recommend that Renteria-Bear be housed in a facility offering job training; that recommendation was not contained in the written judgment. Thus, Renteria-Bear requests remand pursuant to Federal Rule of Criminal Proce-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

dure 36 so that the district court can correct the written judgment to reflect the oral recommendation. The Government concedes that the judgment should be modified to correct the error. Accordingly, we affirm and remand to the district court for correction of the clerical error. *See* FED. R. CRIM. P. 36.

AFFIRMED AND REMANDED with instruction.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.